# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-2375

Gustavo Plata Sanchez v. Secretary U.S. Department of Homeland Security, et al

(U.S. District Court No.: 3:26-cv-00127)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 05, 2026
GCH/cc: Stephanie E. Gibbs, Esq.
       Laura S. Irwin, Esq.
       Brandy S. Lonchena
       Simon Sandoval-Moshenberg, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate